**Tyrone JOHNSON, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee,**

and

**Medical Facility, Federal Correctional Institution, Butner, N.C. (Med.High); Warden, Federal Correctional Institution, Butner, N.C. (Med.High), Defendants.**

No. 01–7578.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 22, 2002.

Tyrone Johnson, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States

**80**

Attorney, Raleigh, North Carolina, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Tyrone Johnson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Johnson v. United States,* No. CA–01–81–5–H (E.D.N.C. Aug. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*